**ORDERED.**

TIFFANY & BOSCO P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19483/1100184521

Dated: October 08, 2009

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Dung D. Tran and Phuc T. Tran<br>      Debtors.<br>_____<br>US Bank Natl. Assoc., as Trustee for Securitied Asset Backed Receivables LLC Trust 2006-NC1<br>      Movant,<br>  vs.<br><br>Dung D. Tran and Phuc T. Tran, Debtors, Stanley J. Kartchner, Trustee.<br><br>      Respondents. | No. 4:09-bk-17227-EWH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #13) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is further described as:

> LOT 37 OF ARROYO RIDGE, AS SHOWN BY BOOK 50 OF MAPS PAGE 79, RECORDS OF PIMA COUNTY, ARIZONA; EXCEPT ALL COAL AN OTHER MINERALS AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT